### JACOBY *v.* KIESLING *et al.*

APPOINTMENT OF RECEIVER.   PRACTICE.

LUMPKIN, J.—Where a judge appointed as receiver of the assets of an insolvent firm a fit and proper person, who was the choice of a large majority, in amount and number, of the creditors, and no good reason appeared why he should have appointed another person at the instance of a single creditor whose claim against the firm was comparatively small, such action of the judge was manifestly proper, and will not be disturbed.      *Judgme t affirmed.*
March 16, 1891.

From Chatham county.   Before Judge FALLIGANT, at chambers, January 31, 1891.

C. N. WEST, by brief, for plaintiff in error.

DENMARK, ADAMS & ADAMS and GARRARD & MELDRIM, by brief, *contra.*